**Irma Wahjudi SHALIMAR;
et al., Petitioners,**

v.

**John ASHCROFT, Attorney
General, Respondent.**

No. 03–73178.

Agency Nos. A77–813–691, A77–813–
692, A77–813–693, A77–813–694.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Dec. 8, 2004.

Decided Dec. 27, 2004.

Irma Wahjudi Shalimar, Rexburg, ID, pro se.

Hendra Wahjudi, Rexburg, ID, Monica Schurtman, University of Idaho Legal Aid Clinic College of Law, Moscow, ID, for Petitioners.

Caesar Wahjudi, Rexburg, ID, pro se.

Chrysta Wahjudi, Rexburg, ID, Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, WWS—District Counsel, Immigration and Naturalization Service Office of the District Counsel, Seattle, WA, Jennifer A. Parker, Hillel Smith, DOJ—U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before HAWKINS, THOMAS, and McKEOWN, Circuit Judges.

MEMORANDUM *

Petitioners Irma Shalimar Wahjudi and Hendra, Caesar, and Chrysta Wahjudi (the

---

"Wahjudis") petition for review of the Board of Immigration Appeals' summary affirmance of an Immigration Judge's denial of their applications for asylum, withholding of removal, and relief under the Convention Against Torture. We do not have jurisdiction to review the merits of the Wahjudis' case because their petition was untimely filed, *see* 8 U.S.C. § 1252(b), and the circumstances do not rise to the level of "unique circumstances" under which "the late notice may be deemed to have been constructively filed within the jurisdictional time limits." *Hernandez–Rivera v. INS,* 630 F.2d 1352, 1355 (9th Cir.1980).

**PETITION FOR REVIEW DISMISSED.**

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.